UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISRUPTIONAL LTD. and &VEST BEAUTY LABS LP,<br><br>                       Plaintiffs,<br><br>           v.<br><br>AMYRIS, INC.,<br><br>                       Defendant. | No. 23-cv-2245 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      As discussed at the telephone conference held today, discovery in this action is stayed pending resolution of Plaintiffs' motion to remand.

SO ORDERED.

Dated:    May 5, 2023
             New York, New York

                                                                Ronnie Abrams
                                                                 United States District Judge