UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DISRUPTIONAL LTD. et al.,

       Plaintiffs,

  -v-                                                                             No.   23-CV-2245-LTS

AMYRIS, INC.,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received notice that the defendant in this case (Amyris., Inc.) has filed a voluntary petition for relief under Chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  (Docket entry no. 27; see also In re Amyris, Inc. et al., Case No. 23-11131-THM (Bankr. D. Del.); (docket entry no. 1.))  In light of the automatic stay provisions of 11 U.S.C. § 362(a), proceedings in this action are stayed pending further order of the Court.  The Clerk's Office is respectfully directed to terminate the docket entries for the pending motions in this case (docket entry nos. 13 and 16), without prejudice to renewal upon lifting of the stay.  Every three months, beginning on September 4, 2023, the parties shall file a joint status report apprising the Court of the status of the bankruptcy proceedings and the need for a continued stay.

SO ORDERED.

Dated: New York, New York
       August 11, 2023

   /s/ Laura Taylor Swain
   LAURA TAYLOR SWAIN
   Chief United States District Judge